UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
CASE MANAGEMENT CONFERENCE
MINUTE SHEET

DCM FORM NO. 7
1/1/92

CASE MANAGEMENT CONFERENCE HELD BEFORE **JUDGE DONALD C. NUGENT** ON **AUGUST 9, 2018**
JUDICIAL OFFICER

| Highsmith, et al., Plaintiff(s), v. City of Euclid, et al., Defendant(s). | CASE NO. **1:18 CV 500** |
|---|---|
| | JUDGE: **DONALD C. NUGENT** |

DO YOU CONSENT TO THE JURISDICTION OF A MAGISTRATE JUDGE? YES ☐ NO ☒

TRACK DESIGNATION:
Administrative ☐ Expedited ☐ Standard ☒ Complex ☐ Mass Torts ☐

CASE REFERRED TO ALTERNATIVE DISPUTE RESOLUTION: YES ☐ NO ☒

IF YES, BY WHICH ADR PROCESSES:

Early Neutral Evaluation ☐ Mediation ☐ Arbitration ☐ Summary Jury Trial ☐ Summary Bench Trial ☐

ADR PROCESS TO BE COMPLETED BY: _____

DISCOVERY TYPE AND EXTENT: document exchange + several depositions — (P) needs to obtain service.

DISCOVERY CUT OFF DATE: 1/31/19

MOTIONS CUT OFF DATE: TBD

CASE STATUS HEARING SCHEDULED FOR: 11/20/18 @ 9:15 AM

NOTES: CMC held w/ counsel for all parties present. Defs says none of the Defs have been properly served so no planning rpt. filed. (P)laintiffs say def officer made warrantless entry into apt + caused physical injury to Ms. Highsmith or is still being treated.

Length of Proceeding: 20 MIN

_____ 8/9/18
DISTRICT JUDGE